IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
2006 JUN -5  A 9: 52
DISTRICT OF UTAH
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUENTIN LEE STEWART,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:05-CR-321<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on May 9, 2006 recommending that Defendant's Motion to Suppress be DENIED.

The parties were notified by mail of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Defendant filed a timely response, objecting to the magistrate judge's conclusion that the police were not required to obtain permission from Defendant prior to commencing a probation search and objecting to the magistrate judge's findings regarding the discovery of marijuana on the premises. Having reviewed all relevant materials, including the parties' briefs and the reasoning set forth in the magistrate judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and DENIES Defendant's Motion to Suppress.

**IT IS SO ORDERED.**

DATED this 2nd day of June, 2006.

Dee Benson
United States District Judge